I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-1-13

DEPUTY CLERK



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL PACHECO, SR., ) Case No. CV 11-5774-AG (JPR)
　　　　　　　　　　　　　)
　　　　　　Petitioner, )
　　　　　　　　　　　　　) ORDER ACCEPTING FINDINGS AND
　　vs.　　　　　　　　　) RECOMMENDATIONS OF U.S.
　　　　　　　　　　　　　) MAGISTRATE JUDGE
RICK HILL, Warden, 　　　)
　　　　　　　　　　　　　)
　　　　　　Respondent. )
　　　　　　　　　　　　　)

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On December 7, 2012, Petitioner filed what he styled as Objections to Magistrate Judge's Report and Recommendations but which appears to be virtually identical to the Argument section of his Traverse, with the addition of two paragraphs stating simply that he does not agree with the Magistrate Judge's analysis. (See Objections at 2; compare Traverse at 27-59 with Objections at 3-35.) The Magistrate Judge had considered the arguments in the Traverse in writing the Report and Recommendation. (See, e.g., R&R at 8, 17, 27-28 (citing Traverse).)

　　　Having made a de novo determination of those portions of the

Report and Recommendation to which Petitioner has filed Objections, the Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Petition is denied without leave to amend, (2) Petitioner's request for an evidentiary hearing is denied, and (3) Judgment be entered dismissing this action with prejudice.

DATED: January 31, 2013

_____
ANDREW J. GUILFORD
U.S. DISTRICT JUDGE